**Order entered February 20, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-10-00126-CV

### MEENAKSHI S. PRABHAKAR, M.D, & INFECTIOUS DISEASE DOCTORS, P.A., Appellants/Cross-Appellees

### V.

### DAVID FRITZGERALD, Appellee/Cross-Appellant

**On Appeal from the 160th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 05-08507-H**

## ORDER

The Court abated these appeals on October 16, 2012, pursuant to the parties' request for time to finalize a settlement of the case after which they would file a joint motion to dismiss the appeals. The Court sent two letters to the parties asking for a status update. None of the parties responded to the first letter. In response to our second letter, on January 11, 2013, the parties asked for an additional thirty days in which to finalize the settlement, stating that "the settlement funds have been distributed and the parties are currently awaiting finalization of all the settlement documents." As of today's date, the Court has not received any further communication from the parties concerning the status their settlement.

The Court hereby **ORDERS** the parties to file the settlement documents or a motion to dismiss the appeals within **fifteen (15) days** of the date of this order or we will reinstate the case and dismiss the appeals without further notice.

/s/     ELIZABETH LANG-MIERS
JUSTICE